**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-360 MJD/JGL**

---

Daniel Rohricht,

Plaintiff,

vs.

**STIPULATION TO AMEND PLAINTIFF'S COMPLAINT**

Equicredit Corporation of America,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached Amended Complaint deleting Shapiro & Nordmeyer, L.L.P. as a Defendant and changing Defendant Equicredit Corporation of MN's name to Equicredit Corporation of America, ten (10) days from the date of this Order.

2. Defendant will have twenty (20) days after service of Plaintiff's Amended Complaint to interpose an Answer or otherwise plead and is in no way an admission to the allegations in Plaintiff's Amended Complaint; and

3. That this Stipulation is in accordance with Fed.R.Civ.P. 15.

**CONSUMER JUSTICE CENTER, P.A.**

By: [signature]
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

Dated: 5/31/00

**MOSS & BARNETT, P.A.**

By: Jeffrey W. Post [signature]
Jeffrey W. Post (#271883)
Thomas E. Harms (#4135X)
Attorney for Defendant
4800 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4129
Telephone: (612) 347-0300

Dated: 6/6/00

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendant the Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: June 12, 2000

Jonathan G. Lebedoff, Judge
United States District Court

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-360 MJD/JGL**

---

Daniel Rohricht,

Plaintiff,

vs. **AMENDED COMPLAINT**

Equicredit Corporation of America,

Defendants.

---

**PRELIMINARY STATEMENT**

1. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* (hereinafter referred to as the "Act"). Plaintiff seeks actual damages, punitive damages, costs and attorney fees.

**JURISDICTION**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681 *et seq.* and supplemental jurisdiction exists for the State Law claims pursuant to 28 U.S.C. §1367.

**PARTIES**

3. Plaintiff, Daniel Rohricht, is a natural person who resides in Minneapolis, County of Hennepin, in the State of Minnesota.

4. Defendant Equicredit Corporation of America (hereinafter "Equicredit"), is a Delaware corporation authorized to do business in Minnesota from an address of 8009 34th Avenue South, Suite 350, Bloomington, Minnesota 55425.

**FACTUAL ALLEGATIONS**

5. Plaintiff took out a first mortgage on two (2) separate properties with a monthly payment of $1,897.00 and a second mortgage on a third property with a monthly payment of $391.00 with Equicredit.

6. Equicredit has previously and is currently misapplying both payments to a single account/mortgage leaving the other account/mortgage in arrears.

7. According to the Plaintiff's bank records all checks written to Equicredit have been cashed.

8. Despite Equicredit misapplying the mortgage payments and Plaintiff bringing said misapplication to the attention of Equicredit.

9. Despite Plaintiff's individual attempts to rectify the situation Defendant has ignored him and instead has caused Plaintiff's credit report to inaccurately include the notations of late and past due payments and "FORECLOSURE". (See attached Exhibit 1 - Plaintiff's November 10, 1999 credit report).

10. Upon information and belief, Defendant Equicredit began to report the Plaintiff's account as "FORCLOSURE" even before Plaintiff's was turned over to its collection attorney's -co defendant Shapiro & Nordmeyer.

11. Equicredit's false credit reporting has caused his to be denied credit on several occasions.

12. In addition, Equicredit's false credit reporting has caused Plaintiff to suffer embarrassment, humiliation, frustration and severe anxiety.

13. The embarrassment, humiliation, frustration and severe anxiety reached an unbearable level and plaintiff hired counsel to rectify the situation.

14. Plaintiff's counsel sent to Defendant Equicredit and its collection/foreclosure attorney (Larry Zilke, Esq.) correspondence advising them of the dispute on November 23, 1999. (See attached Exhibit 2).

15. Defendant Equicredit did not respond to Exhibit 2, which caused Plaintiff's counsel to call collection attorney Zilke and demand investigation.

16. Upon information and belief, Zilke called Equicredit and was told that there was no billing mistake and to proceed with foreclosure.

17. Subsequently Defendant's attorney, despite knowledge of Plaintiff being represented by counsel with regard to the Equicredit accounts, caused to be mailed to Plaintiff an initial dunning correspondence dated February 2, 2000. (See attached Exhibit 3).

18. Defendant to date has failed to explain the inaccurate billing practices of Equicredit and/or remove the inaccuracies from Plaintiff's credit report in violation of 15 U.S.C. §1681s-2(b).

19. Defendant has caused Plaintiff actual damages of emotional distress and out of pocket loss in an amount to be proven at trial.

20. Plaintiff has sued Defendant Equicredit for the same illegal and inaccurate billing practices in a suit filed in Hennepin County in September 1998 with Court File No. 98-14135.

## CAUSES OF ACTION

## COUNT I.

## CREDIT DEFAMATION EQUICREDIT

21. Plaintiff incorporates by reference paragraphs 1 through 20 as though fully stated herein.

22. Defendant Equicredit foregoing actions; including but not limited to reporting Plaintiff as owing a delinquent debt or in "foreclosure" to Equicredit when in fact Plaintiff is current on his accounts with Equicredit, constitutes credit defamation in violation of Minnesota law.

23. As a result of Defendant Equicredit credit defamation, Plaintiff has suffered a bad credit rating, resulting in an inability to obtain credit; mental anguish; anxiety; and humiliation in an amount to be recovered at trial.

**COUNT II.**

**VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. §1681 ET. SEQ.**

**EQUICREDIT**

24. Plaintiff incorporates by reference paragraphs 1 through 23 as though fully stated herein.

25. Defendant, Equicredit willfully furnished false information to national credit reporting agencies by reporting that Plaintiff was delinquent in payment and in foreclosure after Defendant was put on notice that said information was incorrect, is a violation of the Fair Credit Reporting Act §1681s-2(b).

26. As a result of Equicredit conduct, action, and inaction, Plaintiff was unable to secure credit and paid increased interest rates in addition to severe emotional distress, humiliation and mental anguish and damage to her credit worthiness.

27. Equicredit conduct, actions, or inaction, were willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to §1681(n) and §1681(o).

28. Plaintiff is entitled to recover costs and attorney fees from Equicredit in an amount to be determined by the Court pursuant to §1681(n) and §1681(o).

**WHEREFORE**, Plaintiff prays that judgment be entered against the Defendants for:

a) actual damages in an amount greater than $20,000.00 against Defendants;

b) statutory punitive damages in an amount greater than $50,000.00 against Defendants;

c) costs and reasonable attorney fees pursuant 15 U.S.C. §1681; and

d) for such other and further relief as may be just and proper.

Dated this 1st day of June, 2000.

Respectfully submitted,

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________

Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. No.: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

FACTUAL DATA **Bureau Express Report**

**THIS IS A MERGED INFILE**

This Bureau Express Report completed by Factual Data is a Merged Credit Report which includes information retrieved from the following repositories:

| | | |
|---|---|---|
| U - TransUnion Consumer Relations | Q - Equifax Consumer Relations | R - Experian Consumer Relations |
| (800)888-4213 | (800)216-1102 | (888)397-3742 |
| PO BOX 390 | PO Box 740193 | PO Box 949 |
| Springfield, PA 19064 | Atlanta, GA 30374 | Allen, TX 75002-0949 |

This Bureau Express Report meets standards set forth by FNMA, FHLMC, FHA/VA and the Rural Housing Service. Information has been obtained from sources deemed reliable, the accuracy of which FACTUAL DATA - MINNESOTA does not guarantee.

FRONTIER FINANCIAL
929 OLD HIGHWAY 8
NEW BRIGHTON, MN 55112
(651)636-2626 [2401-A1554J]
Source: ROHRICHT.A\KAY UQR
Charges: $11.00 (0182138A1AF2)

Page No: 1

ROHRICHT, DANIEL
ID: 92401BX00016647

FACTUAL DATA - MINNESOTA
2900 CENTRE POINTE
ROSEVILLE, MN 55114
(800)922-2702 (612)644-7808

Date: 11/10/99
Time: 07:34:38 am

**APPLICATION INFORMATION**

| APPLICANT'S LAST NAME | FIRST NAME | INITIAL | AGE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| ROHRICHT | DANIEL | M | 42 | 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 |

| PRESENT ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1068 GREYSTONE AVE. N | OAKDALE | MN | 55128 |

**FILE VERIFICATION**

| | | | |
|---|---|---|---|
| App Experian | 11/10/99 07:25:40 | RI01 | A 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 ROHRICHT, DANIEL M |
| Applicant EQ | 11/10/99 07:25:42 | QI01 | A 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 ROHRICHT, DANIEL MARK |
| Applicant TU | 11/10/99 07:25:52 | UI01 | A 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 ROHRICHT, DANIEL M |

EXHIBIT 1

C)1992-1999 FACTUAL DATA CORP

------------------------

Page No: 4

ROHRICHT, DANIEL
ID: 92401BX00016647

## CREDIT SCORE INFORMATION

FAIR ISAAC/TRANS UNION EMPIRICA INFORMATION: B 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 ROHRICHT, DANIEL M
CREDIT RISK SCORE 00571+
UI01

## CREDIT SCORE INFORMATION

FAIR ISAAC/EQUIFAX BEACON INFORMATION: B 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 ROHRICHT, DANIEL MARK
CREDIT RISK SCORE 00584
QI01

## CREDIT INFORMATION

| Creditor Name / Account Number / File Verification | Date Last Activity / Date Reported | Date Account Opened | Highest Credit Or Limit | Balance Owed As Of Date Reported | Monthly Payment Amount | Amount Past Due | Account Owner | Months History Revd | 30-59 Days | 60-89 Days | 90 & Over |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUICREDIT CORP<br>6538048028453<br>RI01 QI01 UI01 | 10/99<br>11/99A | MORTGAGE LOAN<br>09/97 | 210000 | 109765 | 360 X $1897 | 0 | APPLICANT | I1<br>26 | 0 | 0 | 0 |
| CHASE MANHATTAN MT<br>905622627<br>RI01 QI01 UI01 | 09/99<br>10/99A | MORTGAGE LOAN<br>08/97 | 89250 | 87619 | 360 X $808 | 0 | APPLICANT | I1<br>4 | 0 | 0 | 0 |
| AURORA LOAN<br>3640008110538<br>RI01 QI01 UI01 | 10/99<br>10/99A | MORTGAGE LOAN<br>02/98 | 84065 | 83416 | 887 | 0 | APPLICANT | I1<br>15 | 0 | 0 | 0 |
| EQUICREDIT CORP<br>6538048028982<br>*RI01 QI01 *UI01 | 09/99<br>11/99A | MORTGAGE LOAN<br>10/97 | 29750 | 29017 | FORECLOSURE | 1564 | APPLICANT | I4<br>--- | -- | -- | -- |
| PRAIRIE NTL<br>20230<br>UI01 | 08/99<br>08/99A | 12/98 | 20913 | 13463 | 515 | 0 | APPLICANT | I1<br>8 | 0 | 0 | 0 |

©1992-1999 FACTUAL DATA CORP

**C J C**

**CONSUMER JUSTICE CENTER, P.A.**

*1560 Beam Avenue*
*Suite A*
*Maplewood, Minnesota 55109-1171*
*Telephone: (651) 770-9707*
*Facsimile: (651) 770-5830*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: TLvo392208@aol.com*

November 23, 1999

EquiCredit Corporation of Minnesota
1700 West Highway 36
Suite 429
Roseville, MN 55113

RE: Daniel M. Rohricht
Our File No.: 9566
Account No.: 6538048028982

EXHIBIT
2

Dear Sir/Madam:

This office has been retained by Mr. Rohricht to litigate inaccurate credit information being issued by your company in violation of the Fair Credit Reporting Act - 15 U.S.C. §1681, et seq. The purpose of this letter is to invite you to engage in a single attempt at pre-litigation resolution.

For a brief background, Mr. Rohrict had a case against your company that was settled back on December 3, 1998. The case involved the facts that EquiCredit had applied Mr. Rohricht's payments on two separate mortgages to only one of the mortgage accounts, which left the other account in arrears. This came down to the fact that EquiCredit had misapplied payments. Unfortunately, Mr. Rohricht has brought to our attention that EquiCredit has once again misapplied his mortgage payments and as a result of said misapplication, EquiCredit has inaccurately reported account #6538048028982 is in "foreclosure." (See Exhibit 1). This inaccurate information has cost Mr. Rohricht denial of credit.

Moreover, Mr. Rohricht has stated that he is paying for "hazard insurance" to which he pays a separate company for coverage. Mr. Rohricht does not believe he ever agreed to said charge. Therefore, upon receipt of this letter please forward to my office a copy of the original signed contract/agreement for this insurance.

Mr. Rohricht has repeatedly requested that EquiCredit correct the misapplication to no avail. Thus, Mr. Rohricht now seeks restoration of his good credit and statutory damages and costs pursuant to Federal law. I have been authorized to proceed with litigating the violations of the Fair Credit Reporting Act - 15 U.S.C. § 1681, et seq. if there is not a resolution and compensation for this matter. To date my client has spent money retaining an attorney, countless hours of personal time, and many days and nights exhausted and frustrated that the situation

would not be rectified and he would continue to be denied credit. Mr. Rohricht has instructed me to stay filing any pleadings in the United States District Court until December 10, 1999 or until EquiCredit provides my office with the following items, (1) an accounting or payment history on each of Mr. Rohricht's loan accounts; (2) a copy of the original agreement that provides for hazard insurance; and (3) the date on which Defendant reported the account in foreclosure. Before that deadline I strongly recommend that you respond to the allegations set forth above and forward the requested documents and make a reasonable settlement proposal for Mr. Rohricht to consider.

I look forward to hearing from you in the very near future.

Very truly yours,

Thomas J. Lyons, Jr.

TJR/aw
Enclosure
cc: Lawrence P. Zielke, Esq.

SHAPIRO & NORDMEYER, L.L.P.
Attorneys at Law
7300 Metro Boulevard, Suite 390
Edina, Minnesota, 55439-2306

Gerald M. Shapiro*
David Kreisman**
Nancy A. Nordmeyer
Lawrence P. Zielke***
Beth W. Asmussen
*Admitted in Illinois and Florida only
**Admitted in Illinois only
***Also admitted in Wisconsin

TELEPHONE: (612) 831-4060
TELECOPIER: (612) 831-4734

February 2, 2000

Daniel M. Rohricht
951 Gershwin Ave
Oakdale, MN 55128

Re: Our File No. 00-18992
Loan No. 8048028982
Name of Creditor: EquiCredit Corporation of America
Amount of Total Debt as of February 2, 2000: $31,674.73
Property Address: 951 Gershwin Ave, Oakdale, MN 55128

Dear Mr. Rohricht:

Please be advised that EquiCredit Corporation of America has forwarded your mortgage loan account to this office for foreclosure purposes. EquiCredit Corporation of America reserves their right to have your property inspected during the foreclosure. In the event you reinstate your loan, any legal fees and costs will be added to the amount owed to EquiCredit Corporation of America. Only certified funds will be accepted.

DEBT VALIDATION NOTICE

You have thirty (30) days from the day you received this notice to dispute all or part of the debt. If you notify me in writing that all or part of the debt is disputed, I will provide you with a verification of the debt by mail. Unless you dispute all or part of the debt in writing within this period of time, I will assume the debt is valid.

If the current creditor is different from the original creditor of this debt, I will provide you with the name and address of the original creditor by mail if you request this in writing within 30 days from the date you received this notice.

Any questions concerning this letter should be directed to this office or to your attorney.

Sincerely,

EXHIBIT 3

Jenni A. Drury
Legal Assistant
JAD:s
This is an attempt to collect a debt and any information obtained will be used for that purpose.