**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daniel Rohricht,

Plaintiff,

vs.

Equicredit Corporation of MN, a Minnesota Corporation, and Shapiro & Nordmeyer, LLP

Defendant(s).

Court File No. 00-360 mjd/jgl

ORDER OF DISMISSAL OF PARTY DEFENDANT WITH PREJUDICE

Based upon the Stipulation of Dismissal with Prejudice between the parties, IT IS HEREBY ORDERED that defendant Shapiro & Nordmeyer, LLP, is dismissed with prejudice.

Dated: 8. 2, 2000

BY THE COURT

Michael J. Davis

United States District Court Judge

AUG 03 2000

FILED

FRANCIS E. DOSAL, CLERK

JUDGMENT ENTD

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daniel Rohricht,

Plaintiff,

vs.

Equicredit Corporation of MN, a Minnesota Corporation, and Shapiro & Nordmeyer, LLP

Defendant(s).

Court File No. 60-360 mjd/jgl

STIPULATION OF DISMISSAL OF PARTY DEFENDANT WITH PREJUDICE

It is hereby stipulated by and between the parties hereto, through their respective attorneys, without costs or disbursements to any of the parties hereto; and the Court, upon the filing of this Stipulation, is hereby authorized to so dismiss Defendant Shapiro & Nordmeyer, LLP, as a party defendant, with prejudice.

Dated: this 21 day of ~~May~~ July, 2000

CONSUMER JUSTICE CENTER, P.A.

By: ____________________
Thomas J. Lyons, Jr. 249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
651-770-9707

SHAPIRO & NORDMEYER, LLP

By: ____________________
Lawrence P. Zielke, 152559
7300 Metro Blvd., Suite 390
Edina, MN 55439
Attorney for Defendant, Shapiro & Nordmeyer, LLP
952-831-4060
S&N File No. 00-18992