UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Rohricht,

Plaintiff,

v.

Equicredit Corporation of America,

Defendant.

Court File No. CV-00-360 (MJD/JGL)

**STIPULATION TO AMEND THE PRETRIAL ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the Pretrial Order may be amended as follows:

1. Plaintiff shall disclose all expert witnesses by February 1, 2001.
2. Defendant shall disclose all expert witnesses by March 1, 2001.
3. The period by which the parties may seek discovery shall be completed by March 1, 2001.
4. All non-dispositive motions must be heard by March 1, 2001.

Dated: January 18, 2001

MOSS & BARNETT
A Professional Association

By [signature]
Thomas E. Harms (#4135X)
Jeffrey W. Post (#271883)
Attorneys for Defendant
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

JAN 31 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 1/22/01

CONSUMER JUSTICE CENTER, P.A.

By______________________________
Thomas J. Lyons, Jr.
Attorney I.D. #249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707

**ORDER**

Pursuant to the foregoing Stipulation,

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: Jan. 31, 2001

United States District Court