UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Rohricht,

Plaintiff,

v.

Equicredit Corporation of America,

Defendant.

Court File No. CV-00-360 (MJD/JGL)

**STIPULATION OF DISMISSAL AND ORDER**

The above entitled action, including all claims, counterclaims, and cross-claims, having been fully, finally and completely compromised and settled between the parties,

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record, that the same may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party hereto may forthwith, and without notice to any other party, apply to the Court pursuant to this Stipulation for an order directing that judgment of dismissal with prejudice be entered accordingly.

CONSUMER JUSTICE CENTER, P.A.

By____________________
Thomas J. Lyons, Jr.
Attorney I.D. #249646
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707

Dated: 7 9 01

MOSS & BARNETT,
A Professional Association

By____________________
Thomas E. Harms (#4135X)
Jeffrey W. Post (#271883)
Attorneys for Defendant
4800 Wells Fargo Center
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

Dated: 7.11.01

FILED AUG 2 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

**ORDER**

IT IS HEREBY ORDERED, that the above case be and hereby is dismissed with prejudice and without costs to any party based upon the foregoing Stipulation.

BY THE COURT:

Dated: August 29, 2001

Michael J. [signature]
Judge of District Court

433139/1